UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22-cr-00007 |
| | ) | |
| KEEMA HUFF | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CORRECTING REPORT DATE

The Judgment entered March 21, 2023 (Doc. No. 30) incorrectly identifies Defendant's report date as being March 31, 2023. Defendant's actual report date is May 31, 2023. Accordingly, the Judgment is amended to read that "The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on May 31, 2023."

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE